

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2022

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC,** Hub City Home Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health Services San Antonio, LLC, American Medical Hospice Care, LLC, American Medical Palliative Support, LLC, Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH AGENCY, INC**. and Legacy Home Care Services, Inc. d/b/a All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

# O R D E R

After consideration, we **GRANT** Appellants' Unopposed Motion for Extension of Time to File Motion for Rehearing. Appellants' motion is due **on or before May 16, 2022.**

It is so **ORDERED** on this 21st day of April, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court